UNITED STATES of America and Billy R. Majure, Revenue Agent, Internal Revenue Service, Plaintiffs-Appellants,

v.

John E. HAYES, Defendant-Appellee.

No. 82–8703.

United States Court of Appeals, Eleventh Circuit.

Jan. 13, 1984.

Glenn L. Archer, Jr., Asst. Atty. Gen., Tax Div., Michael L. Paup, Chief, Appellate Section, Charles E. Brookhart, William A. Whitledge, Dept. of Justice, Washington, D.C., for plaintiffs-appellants.

John M. Sikes, Jr., Gary E. Snyder, Atlanta, Ga., for defendant-appellee.

Before ANDERSON and CLARK, Circuit Judges, and DUMBAULD *, District Judge.

PER CURIAM:

On September 10, 1982, the United States District Court for the Northern District of Georgia determined that appellee John Hayes was not in civil contempt for his failure to comply with a previous court order commanding production of certain documents requested by the Internal Revenue Service.[1] The court's ruling accepted Hayes' assertion that he was unable to comply with the order because he lacked control over the material in question.[2] We vacate the finding that he was not in contempt and remand for further proceedings.

## I.

Hayes created grantor trusts for American investors. As "trustee" he would then invest the trust assets in one of several Panamanian partnerships formed to engage in commodity trading. In each case, Hayes would name Frederick Thom, a Swiss resident, to serve as managing partner of the particular partnership. Manipulation of the partnership assets would result in paper losses which could be passed through, as tax deductions, to the American investors.

The IRS, seeking disclosure of information pertinent to tax shelters sold and managed by Hayes, served him with two summonses in July, 1980.[3] After it appeared that Hayes would not honor the summonses, the district court, on August 11, 1981, ordered him to produce the requested documents.[4] Hayes partially complied with the order, but he did not provide information relating to the foreign partnership agreements.

Because of Hayes' refusal to produce the partnership records, the district court, on March 12, 1982, ordered him to show cause why he should not be held in contempt of court for violating the August 11 order. At a subsequent hearing, Hayes claimed that the records were in Switzerland and that Thom, because of concern over a separate tax investigation, would not release them. He testified that he had made two trips to Switzerland to ask Thom for the documents. Stanley Smith, an attorney interested in the records for other purposes, also testified to similar problems he had encountered in communicating with Thom about their release. The IRS argued that Hayes was able to comply, but that he had failed to exercise his control over Thom, pursuant to the partnership agreement, to ensure cooperation with the court order.

By order of September 10, 1982, the trial court found that Hayes was not in contempt of court.[5] In its findings of fact, the court held that it was "not proven that

---

* Hon. Edward Dumbauld, Sr., U.S. District Court Judge for the Western District of Pennsylvania, sitting by designation.

1. Billy R. Majure, the individual named appellant in this action, was the particular IRS agent who sought the disclosure from Hayes.

2. As will be explained below, Hayes did partially comply with the court order. This appeal only concerns his failure to produce foreign partnership records.

3. The summonses were issued pursuant to 26 U.S.C.A. §§ 7609(f) & (h) (West Supp.1983).

4. The district court is granted jurisdiction to enforce summonses issued under Internal Revenue laws by 26 U.S.C.A. § 7604 (West 1967).

5. An order denying a petition for civil contempt in this circumstance is appealable as a final order under 28 U.S.C. § 1291. *See, e.g., Matter of Newton,* 718 F.2d 1015, (11th Cir.1983); *Washington-Baltimore Newspaper v. Washington Post Co.,* 626 F.2d 1029 (D.C.Cir.1980).

Hayes had or has any legal means of forcing Frederick Thom to produce documents ...." It further found that the IRS had not rebutted Hayes' claim that he had made "substantial good faith efforts" to obtain the documents. The court therefore ruled that because "the evidence indicates that [Hayes] made some effort to comply with the summons," he could not be found in contempt. This appeal followed.[6]

## II.

A party petitioning for a civil contempt finding must prove by clear and convincing evidence that the respondent violated a court order. *Northside Realty Associates v. United States,* 605 F.2d 1348, 1352 (5th Cir.1979).[7] Once a prima facie showing of violation has been made, the respondent can defend his failure on the grounds that he was unable to comply. *Maggio v. Zeitz,* 333 U.S. 56, 75–76, 68 S.Ct. 401, 411–412, 92 L.Ed. 476 (1948). To succeed on this defense, however, the respondent must go beyond a mere assertion of inability and satisfy his burden of production on the point by introducing evidence in support of his claim. *United States v. Rylander,* —— U.S. ——, ——, 103 S.Ct. 1548, 1552, 75 L.Ed.2d 521, 528 (1983). In this circuit, a party under court order to produce documents has "a duty to make in good faith all reasonable efforts to comply." *United States v. Rizzo,* 539 F.2d 458, 465 (5th Cir.1976) (quoting *United States v. Ryan,* 402 U.S. 530, 534, 91 S.Ct. 1580, 1582, 29 L.Ed.2d 85 (1971)).[8] Thus, unless a respondent introduces some

evidence to suggest that he has made all reasonable efforts to comply, his claimed inability to produce will not rebut the prima facie showing of non-compliance.

In this case, the IRS met its prima facie burden by showing that Hayes had not complied with the August 12, 1981 order to produce. The district court, however, improperly held that Hayes could not be found guilty of contempt because "the evidence indicate[d] that he made *some effort* to comply with the summons." Even if the efforts he did make were "substantial," "diligent" or "in good faith," as the court so characterized them in other sections of its order, the fact that he did not make "all reasonable efforts," *United States v. Rizzo,* 539 F.2d at 465, establishes that Hayes did not sufficiently rebut the IRS' prima facie showing of contempt. The court's use of a "some effort" standard for measuring the strength of Hayes' defense was, therefore, an abuse of discretion.

The application of an improper test was not a mere technical error under these circumstances. While Hayes may have been diligent in going to Switzerland to ask Thom for the documents, the record of the contempt hearing clearly indicates that other avenues for obtaining the material were never explored. Following Thom's refusal, Hayes did not take any steps pursuant to the partnership agreements to either remove Thom as manager or otherwise compel disclosure.[9] Hayes apparently did not

---

**6.** The standard of review on appeal from a denial of civil contempt is whether the district court abused its discretion. *Matter of Newton,* 718 F.2d 1015, (11th Cir.1983).

**7.** In *Bonner v. City of Prichard,* 661 F.2d 1206 (11th Cir.1981) (en banc), this court adopted as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981. *Id.* at 1209.

**8.** Other courts have adopted different formulations when discussing what efforts to comply will be required of a party before it can maintain a defense of "inability." *See, e.g., Sidney v. McDonald,* 536 F.Supp. 420, 424 (D.C.Ariz. 1982) (respondent must have taken "all reason-

able steps within its power"); *O'Leary v. Moyer's LandFill, Inc.,* 536 F.Supp. 218, 220 (E.D. Pa.1982) (respondent must exhaust "all reasonable avenues" for compliance); *Babee-Tenda Corp. v. Scharco Mfg. Co.,* 156 F.Supp. 582, 587 (S.D.N.Y.1957) (respondent "required to take energetic steps to see that the orders of the court were carried out").

**9.** Our reading of the record satisfies us that Hayes had the ability, as the principal or sole partner in the foreign partnerships, to exercise substantial control over Thom, whom he had appointed as manager. Although the record on appeal contains only discussion of the relevant contracts and not the documents themselves, Hayes does not dispute the fact that he had some power to remove Thom as manager.

even try to determine what legal rights he, as trustee, had against Thom under the partnership contracts, nor did he consult with an attorney about the problem. When asked if he had ever told Thom that he would take steps to see that the documents were released, Hayes emphatically replied that he had not. Hayes' failure to do anything other than ask Thom for the records demonstrates that "all reasonable efforts" were not made. He cannot carry his burden of producing evidence to rebut the prima facie showing of noncompliance merely by adducing evidence that he has *requested* the documents (even diligent requests involving trips to Switzerland), when it appears that he has greater leverage at his disposal.

We note generally that the obedience of judicial orders is of paramount importance and that courts do not lightly excuse a failure to comply. In the case of *In re Grand Jury Proceedings. United States v. Bank of Nova Scotia,* 691 F.2d 1384 (11th Cir.1982), a bank served with a subpoena duces tecum by a federal grand jury refused to produce documents, claiming that production would violate Bahamian law. This court upheld the district court's civil contempt order, concluding that the inevitabili-

ty of conflict between laws of different countries did not excuse one who chooses transnational commercial operation from compliance with United States law. *Id.* at 1391. Although the extent of efforts needed to comply will vary with the circumstances, see, e.g., *In re Westinghouse Elec. Corp. Uranium Contracts Litigation,* 563 F.2d 992, 997 (10th Cir.1977), we are satisfied that, in this case, Hayes has not adduced sufficient evidence to indicate an inability to produce the requested documents.[10]

### III.

Because the district court applied an erroneous legal standard, and because the record shows that Hayes did not make "all reasonable efforts" to obtain partnership records in the possession of Frederick Thom, we vacate the district court's judgment and remand for further proceedings.

**VACATED AND REMANDED.**

---

**10.** Concerning the second issue raised on appeal, the government has not made a sufficient showing to warrant a finding that the district court abused its discretion in sealing the record in this case.

# UNITED STATES COURT OF APPEALS

## Second Circuit

## DECISIONS WITHOUT PUBLISHED OPINIONS

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Abraham v. Bender . . . . . . . . . . | 82–7712 | 2/8/83 | AFFIRMED | D.Conn. |
| Anselmo v. Mecca & Son Trucking Corp. . . . . . . . . . . . . | 82–7778 | 2/18/83 | AFFIRMED | E.D.N.Y. |
| Barbarosa v. Anagel Dilgence Ship Inc. . . . . . . . . . . . . . . . . | 82–7755 | 2/25/83 | AFFIRMED | S.D.N.Y. |
| Batista v. U.S. . . . . . . . . . . . . . . | 82–6216 | 2/28/83 | AFFIRMED | S.D.N.Y. |
| Bende and Sons, Inc. v. Crown Recreation, Inc., Kiffe Products Div. . . . . . . . . . . . . . | 82–7793 | 2/18/83 | AFFIRMED | E.D.N.Y., 548 F.Supp. 1018 |
| Bigg v. U.S. Army . . . . . . . . . . . | 82–6158 | 2/18/83 | AFFIRMED | E.D.N.Y. |
| Capobianco v. Brink's Inc. . . . . | 82–7647 | 2/14/83 | AFFIRMED | E.D.N.Y., 543 F.Supp. 971 |
| Christenson v. Headley . . . . . . . | 82–2289 | 2/18/83 | AFFIRMED | S.D.N.Y. |
| Clementi v. Scully . . . . . . . . . . . | 81–2393 | 2/8/83 | AFFIRMED | S.D.N.Y. |
| Connecticut State Employees Ass'n (CSEA) v. State of Conn. . . . . . . . . . . . . . . . . . . . . | 82–7801 | 2/10/83 | AFFIRMED | D.Conn. |
| Conte v. C.I.R. . . . . . . . . . . . . . . | 82–4110 | 2/10/83 | AFFIRMED | U.S.T.C. |
| Corbett v. M.S.P.B. . . . . . . . . . . | 81–4169 | 2/7/83 | PETITION FOR REVIEW DENIED | M.S.P.B. |
| Desvaux v. Farrell Lines, Inc. . . | 82–7705 | 2/24/83 | AFFIRMED | S.D.N.Y. |
| Diggs v. U.S. . . . . . . . . . . . . . . . | 82–2296 | 2/10/83 | AFFIRMED | S.D.N.Y. |
| Dillard v. N.Y.C. Transit Authority . . . . . . . . . . . . . . . . | 82–7032 | 2/16/83 | AFFIRMED | E.D.N.Y. |
| Dockery v. Henderson . . . . . . . . | 82–2264 | 2/17/83 | AFFIRMED | S.D.N.Y. |
| Donovan v. Carls Drug Co., Inc. | 82–6270 | 2/22/83 | AFFIRMED | N.D.N.Y. |
| Dove v. N.Y.C. Transit Authority . . . . . . . . . . . . . . . . | 82–7378 | 2/2/83 | AFFIRMED | E.D.N.Y. |
| Eng v. Coughlin . . . . . . . . . . . . . | 83–3005 | 2/2/83 | MANDAMUS DENIED | W.D.N.Y. |
| Engel v. New York State Human Rights Appeal Bd. . . . . . . . . . | 82–7571 | 2/24/83 | AFFIRMED | N.D.N.Y. |
| Forman v. International Harvester Co. . . . . . . . . . . . . . | 82–7414 | 2/8/83 | AFFIRMED | N.D.N.Y. |
| Foster v. Harris . . . . . . . . . . . . . | 82–2298 | 2/17/83 | AFFIRMED | S.D.N.Y. |
| General Establishment For Cereal Processing and Trade v. Gemini Shipping, Inc. . . . . . | 82–7781 | 2/10/83 | AFFIRMED | S.D.N.Y. |
| Gorjan v. U.S. Dept. of Commerce . . . . . . . . . . . . . . . | 82–6014 | 2/18/83 | AFFIRMED | E.D.N.Y. |
| Greene v. Edwards . . . . . . . . . . | 82–7343 | 2/8/83 | AFFIRMED | E.D.N.Y. |
| Harris v. Quinlan . . . . . . . . . . . . | 82–2282 | 2/17/83 | AFFIRMED | S.D.N.Y. |
| Hiss v. U.S. . . . . . . . . . . . . . . . . | 82–6196 | 2/16/83 | AFFIRMED | S.D.N.Y., 542 F.Supp. 973 |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Jones v. U.S. . . . . . . . . . . . . . . . | 82–6215 | 2/22/83 | REVERSED AND REMANDED | S.D.N.Y. |
| Kaplan v. Ruggieri . . . . . . . . . . . | 82–7721 | 2/10/83 | AFFIRMED | E.D.N.Y., 547 F.Supp. 707 |
| Kent v. New York City Dept. of Sanitation . . . . . . . . . . . . . . . . . | 82–7725 | 2/25/83 | AFFIRMED | S.D.N.Y., 549 F.Supp. 570 |
| Lester v. Brezenoff . . . . . . . . . . . | 82–7825 | 2/8/83 | AFFIRMED | E.D.N.Y., 548 F.Supp. 616 |
| Louis Dreyfus Corp. v. Industrie Chimiche Italia Centrale, S.P.A. . . . . . . . . . . . . . . . . . . . | 82–7745, 82–7747, 82–7749 | 2/28/83 | AFFIRMED | S.D.N.Y. |
| McNamara v. Valhalla Bd. of Educ. . . . . . . . . . . . . . . . . . . . . | 82–7632 | 2/18/83 | AFFIRMED | S.D.N.Y. |
| Maguire v. Trans World Airlines, Inc. . . . . . . . . . . . . . . . | 82–7322 | 2/17/83 | REVERSED AND REMANDED | S.D.N.Y., 535 F.Supp. 1283 |
| Mally v. Town of North Castle | 82–7281 | 2/25/83 | AFFIRMED | S.D.N.Y. |
| Marcus v. Secretary of Health and Human Services . . . . . . . . | 81–6234 | 2/16/83 | AFFIRMED | S.D.N.Y. |
| Marshall Rattner, Inc. v. Crawford . . . . . . . . . . . . . . . . . | 82–7808 | 2/15/83 | AFFIRMED | S.D.N.Y. |
| Martin v. Schweiker . . . . . . . . . . | 82–6297 | 2/25/83 | AFFIRMED | D.Vt. |
| Mesar v. Viola . . . . . . . . . . . . . . | 82–7497, 82–7499 | 2/28/83 | AFFIRMED | E.D.N.Y. |
| Moss v. Pollock . . . . . . . . . . . . . | 82–7230 | 2/2/83 | REMANDED | E.D.N.Y. |
| Nell v. Dunham . . . . . . . . . . . . . | 82–2038 | 2/22/83 | AFFIRMED | E.D.N.Y. |
| N.L.R.B. v. Medical Investors Ass'n . . . . . . . . . . . . . . . . . . . . | 82–4178 | 2/2/83 | ENFORCEMENT GRANTED | N.L.R.B. |
| Palmer v. Schweiker . . . . . . . . . | 82–6261 | 2/4/83 | AFFIRMED | W.D.N.Y. |
| Parris v. Lefevre . . . . . . . . . . . . | 82–2305 | 2/10/83 | AFFIRMED | S.D.N.Y. |
| Pecorella v. Oak Orchard Community Health Center, Inc. . . . . . . . . . . . . . . . . . . . . . | 82–7853 | 2/16/80 | AFFIRMED | W.D.N.Y., 559 F.Supp. 147 |
| Plath v. Department of Justice | 82–4149 | 2/8/83 | AFFIRMED | M.S.P.B. |
| Redwood v. Sperry Corp. . . . . . . | 82–7474 | 2/16/83 | AFFIRMED | N.D.N.Y. |
| Rivera v. Scully . . . . . . . . . . . . . | 82–2247 | 2/22/83 | APPEAL DISMISSED | S.D.N.Y. |
| Robles, In re . . . . . . . . . . . . . . . | 83–3005, 83–3006 | 1/27/83 | MANDAMUS DENIED | W.D.N.Y. |
| Rolex Watch U.S.A., Inc. v. H. Carzana, Inc. . . . . . . . . . . . . . . | 82–7768 | 2/7/83 | REMANDED | S.D.N.Y. |
| Town of Springfield v. McCarren . . . . . . . . . . . . . . . . | 82–7837 | 2/16/83 | AFFIRMED | D.Vt., 549 F.Supp. 1134 |
| U.S. v. Ajami . . . . . . . . . . . . . . . | 82–1178 | 2/2/83 | AFFIRMED | E.D.N.Y. |
| U.S. v. Bennett . . . . . . . . . . . . . . | 82–1284 | 2/17/83 | AFFIRMED | N.D.N.Y. |
| U.S. v. Burke . . . . . . . . . . . . . . . | 82–1204 | 2/22/83 | AFFIRMED | E.D.N.Y. |

DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| U.S. v. Caran | 82–1150, 82–1152, 82–1154, 82–1156, 82–1158 | 2/16/83 | AFFIRMED | N.D.N.Y. |
| U.S. v. Chessa | 82–1153 | 2/28/83 | AFFIRMED | E.D.N.Y. |
| U.S. v. Cobo-Moreno | 82–1354 | 2/8/83 | AFFIRMED | E.D.N.Y. |
| U.S. v. Cooper | 82–1259 | 2/23/83 | AFFIRMED | S.D.N.Y. |
| U.S. v. Cuti | 82–1372 | 2/17/83 | AFFIRMED | E.D.N.Y. |
| U.S. v. Frank | 82–1326, 82–1328 | 2/3/83 | AFFIRMED | E.D.N.Y. |
| U.S. v. Gambale | 83–1063 | 2/10/83 | REVIEW DENIED | E.D.N.Y. |
| U.S. v. Harris | 82–1350, 82–1352 | 2/9/83 | AFFIRMED | S.D.N.Y. |
| U.S. v. Hatziyiannakis | 82–1233, 82–1329 | 2/14/83 | AFFIRMED | E.D.N.Y. |
| U.S. v. Labriola | 82–1292 | 2/18/83 | AFFIRMED | E.D.N.Y. |
| U.S. v. Lesage | 82–1298, 82–1299, 82–1300 | 2/1/83 | AFFIRMED | N.D.N.Y. |
| U.S. v. Lombardi | 82–1340 | 2/14/83 | AFFIRMED | E.D.N.Y. |
| U.S. v. Mondry | 82–1367 | 2/15/83 | AFFIRMED | W.D.N.Y. |
| U.S. v. Newman | 82–1273 | 2/8/83 | AFFIRMED | S.D.N.Y. |
| U.S. v. Persico | 82–1348 | 2/14/83 | AFFIRMED | E.D.N.Y. |
| U.S. v. Ryan | 82–1360 | 2/18/83 | AFFIRMED | E.D.N.Y. |
| U.S. v. Solano | 82–6293 | 2/22/83 | REVERSED AND REMANDED | E.D.N.Y. |
| U.S. v. Staiger | 82–1180 | 2/3/83 | AFFIRMED | E.D.N.Y. |
| U.S. v. Thwaites Place Associates | 82–6262, 82–8144 | 2/4/83 | AFFIRMED | S.D.N.Y., 548 F.Supp. 94 |
| U.S. v. U.S. Currency in Sum of One Hundred Twenty-Nine Thousand Nine Hundred Dollars ($129,900.00) | 82–6231 | 2/18/83 | AFFIRMED | E.D.N.Y. |
| U.S. v. Wilkins | 82–1368 | 2/8/83 | AFFIRMED | W.D.N.Y. |
| U.S. v. Winchester | 82–1327, 82–1329 | 2/14/83 | AFFIRMED | S.D.N.Y. |
| United Technologies Corp. v. N.L.R.B. | 82–4104, 82–4114, 82–4123 | 2/22/83 | ENFORCEMENT GRANTED | N.L.R.B. |
| Webb v. Selkin | 82–2158 | 2/17/83 | AFFIRMED | E.D.N.Y. |
| Williams v. Secretary of Health and Human Services Dept. of U.S. | 81–6255 | 2/24/83 | AFFIRMED | E.D.N.Y. |
| Williams v. U.S. | 82–2336, 82–8161 | 2/18/83 | AFFIRMED | S.D.N.Y. |
| Wilson v. Hammock | 82–2317 | 2/15/83 | AFFIRMED | E.D.N.Y. |

# UNITED STATES COURT OF APPEALS

## Third Circuit

---

## DECISIONS WITHOUT PUBLISHED OPINIONS

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Adams v. Crompton and Knowles Corp. | 82–5798 | 9/23/83 | AFFIRMED | D.N.J., Fisher, J. |
| Altemose Const. Co. v. American Mut. Liability Ins. Co. | 83–1106 | 9/21/83 | AFFIRMED | E.D.Pa., Weiner, J. |
| American Home Products Corp. v. API System S.A. | 83–5000 | 9/19/83 | APPEAL DISMISSED | D.N.J. |
| American Home Products Corp. v. Chelsea Laboratories, Inc. | 82–5828, 83–5006 | 9/29/83 | AFFIRMED | D.N.J., 572 F.Supp. 278, Biunno, J. |
| API System S.A., Appeal of | 83–5000 | 9/19/83 | APPEAL DISMISSED | D.N.J. |
| Arnold v. Schweiker | 82–5744 | 9/19/83 | AFFIRMED | D.N.J., Biunno, J. |
| Aviation Ins. Underwriters, Inc., Appeal of | 83–1054 | 9/15/83 | AFFIRMED | E.D.Pa., Fullam, J. |
| Bhuva v. Karn | 83–3014 | 9/21/83 | PETITION FOR REVIEW DENIED | B.I.A. |
| Blattenberger v. Plan Adm'r, Non-Contributory Pension Plan for Employees of Mine Safety Appliances Co. | 82–5652 | 9/16/83 | AFFIRMED | W.D.Pa., Teitelbaum, J. |
| Blosenski v. Delaware County | 82–1820 | 8/5/83 | AFFIRMED | E.D.Pa., Edwin E. Naythons, Magistrate |
| Brooks v. Regan | 83–5004 | 9/27/83 | AFFIRMED | D.N.J., Fisher, J. |
| Butler, Appeal of | 82–1768 | 9/2/83 | AFFIRMED | E.D.Pa., 21 B.R. 568, Weiner, J. |
| Butler v. White | 82–1768 | 9/2/83 | AFFIRMED | E.D.Pa., 21 B.R. 568, Weiner, J. |
| Carter v. U.S. | 83–1255 | 9/2/83 | AFFIRMED | E.D.Pa., VanArtsdalen, J. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Cassidy v. Thornburgh | 83–1015 | 9/30/83 | AFFIRMED | E.D.Pa., Shapiro, J. |
| Chelsea Laboratories, Inc., Appeal of | 82–5828, 83–5006 | 9/29/83 | AFFIRMED | D.N.J., 572 F.Supp. 278, Biunno, J. |
| Com. of Pa. v. Pennsylvania Dental Ass'n | 82–3413, 83–3076 | 10/25/83 | AFFIRMED | M.D.Pa., 574 F.Supp. 457, Caldwell, J. |
| Connie Kalitta Services, Inc. v. Aviation Marine Services, Inc. | 83–1054 | 9/15/83 | AFFIRMED | E.D.Pa., Fullam, J. |
| Copy-Data Systems, Inc., Matter of | 83–5050 | 9/15/83 | AFFIRMED | D.N.J., Fisher, J. |
| DiGilio v. Thuring | 82–5715 | 9/21/83 | AFFIRMED | D.N.J., Meanor, J. |
| Dill v. I.N.S. | 82–3500 | 9/29/83 | REMANDED | B.I.A. |
| Dugan v. Department of Navy, Navy Ships Parts Control Center | 83–1027 | 9/21/83 | AFFIRMED | E.D.Pa., Giles, J. |
| Edelcreek v. Whalen | 83–5076 | 9/22/83 | AFFIRMED | D.N.J., Sarokin, J. |
| Edwards, Appeal of | 82–5618 | 9/21/83 | AFFIRMED | D.N.J., Lacey, J. |
| Edwards v. Secretary of Department of Health and Human Services of U.S. | 82–5618 | 9/21/83 | AFFIRMED | D.N.J., Lacey, J. |
| Enstrom Helicopter Corp. v. Derion | 83–5136, 83–5137 | 9/22/83 | AFFIRMED | W.D.Pa., Willson, J. |
| Esbrandt v. Provident Life and Acc. Ins. Co. | 83–1102 | 9/20/83 | AFFIRMED | E.D.Pa., 559 F.Supp. 23, Green, J. |
| Fazekas v. Schweiker | 83–5017 | 9/22/83 | AFFIRMED | D.N.J., Biunno, J. |
| Field v. Great Atlantic & Pacific Tea Co., Inc. | 83–1092 | 9/15/83 | AFFIRMED | E.D.Pa., Newcomer, J. |
| Forstall, Appeal of | 83–5117 | 9/15/83 | AFFIRMED | W.D.Pa., Mencer, J. |
| Forstall v. Jones & Laughlin Steel Corp. | 83–5117 | 9/15/83 | AFFIRMED | W.D.Pa., Mencer, J. |
| Georgevich, Appeal of | 83–3023 | 9/21/83 | APPEAL DISMISSED | M.D.Pa., 96 F.R.D. 192 |
| Georgevich v. Strauss | 83–3023 | 9/21/83 | APPEAL DISMISSED | M.D.Pa., 96 F.R.D. 192 |
| Goldman v. National Old Line Ins. Co. | 83–5141 | 9/27/83 | AFFIRMED | D.N.J., Debevoise, J. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Goodson v. Schweiker | 83–5019 | 9/23/83 | AFFIRMED | D.N.J., Stern, J. |
| Hatami v. O'Lone | 82–5449 | 9/12/83 | AFFIRMED | D.N.J., Gerry, J. |
| Holman v. Schweiker | 83–5009 | 9/23/83 | AFFIRMED | D.N.J., Lacey, J. |
| Howard, Appeal of | 83–5057 | 9/27/83 | AFFIRMED | W.D.Pa., Diamond, J. |
| Hudson Troy Towers Associates, Ltd., Appeal of | 83–5015, 83–5051 | 9/27/83 | AFFIRMED | D.N.J., 542 F.Supp. 853, 94 F.R.D. 37, Fisher, J. |
| Hunlock Sand & Gravel Co. v. Fruehauf Corp. | 82–3578 | 9/26/83 | AFFIRMED | M.D.Pa., Nealon, J. |
| Interstate and Ocean Transport Co., Appeal of | 83–1018 | 9/30/83 | AFFIRMED | E.D.Pa., Shapiro, J. |
| Johnson v. Schweiker | 83–5058 | 9/23/83 | AFFIRMED | D.N.J., Biunno, J. |
| Jones, Appeal of | 82–5807 | 9/19/83 | AFFIRMED | D.N.J., Cohen, J. |
| Jones, Appeal of | 83–1007 | 9/30/83 | AFFIRMED | E.D.Pa., Huyett, J. |
| Jones v. St. Paul Fire & Marine Ins. Co. | 82–5807 | 9/19/83 | AFFIRMED | D.N.J., Cohen, J. |
| Katsiotis, Appeal of | 82–1468 | 9/21/83 | AFFIRMED | E.D.Pa., Weiner, J. |
| Kay-Fries, Inc. v. N.L.R.B. | 82–3582 | 9/27/83 | ORDER ENFORCED | N.L.R.B. |
| Keller v. Taylor | 82–1712 | 9/16/83 | AFFIRMED | E.D.Pa., Fullam, J. |
| Kellner v. Aetna Cas. and Sur. Co. | 82–3592 | 9/8/83 | REMANDED | M.D.Pa. |
| Khoudary v. U.S. Dept. of Housing and Urban Development | 83–5171 | 9/19/83 | AFFIRMED | D.N.J., Thompson, J. |
| King, Appeal of | 83–1126 | 9/20/83 | AFFIRMED | E.D.Pa., Fullam, J. |
| Kordilla, Appeal of | 82–3577, 82–3591 | 9/30/83 | AFFIRMED | M.D.Pa., Muir, J. |
| Levicoff v. General Motors Corp. | 82–5710 | 9/27/83 | AFFIRMED | W.D.Pa., 551 F.Supp. 98, Mansmann, J. |
| Lopez v. Consolidated Rail Corp. | 82–5639 | 9/27/83 | AFFIRMED | D.N.J., Sarokin, J. |
| McCaskill v. U.S.A. | 83–3144 | 9/2/83 | AFFIRMED | M.D.Pa., Muir, J. |
| McDermott v. Russell | 82–1681 | 9/13/83 | AFFIRMED | E.D.Pa., 523 F.Supp. 347, Green, J. |

DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Martin v. AFL CIO Local 3355 | 82–5774 | 9/2/83 | AFFIRMED | D.N.J., Debevoise, J. |
| Maylie v. National Passenger R. Corp. | 83–1412 | 9/15/83 | AFFIRMED | E.D.Pa., Pollak, J. |
| Mazzara, Appeal of | 82–5746, 83–5034 | 9/23/83 | AFFIRMED | D.N.J., 530 F.Supp. 1380, Sarokin, J. |
| Metz v. Enstrom Helicopter Corp. | 83–5136, 83–5137 | 9/22/83 | AFFIRMED | W.D.Pa., Willson, J. |
| Millcreek Tp. v. Enstrom Helicopter Corp. | 83–5136, 83–5137 | 9/22/83 | AFFIRMED | W.D.Pa., Willson, J. |
| Miller v. United Airlines | 83–1153 | 9/21/83 | AFFIRMED | E.D.Pa., Lord, J. |
| Moschas, Appeal of | 82–1466 | 9/21/83 | AFFIRMED | E.D.Pa., Weiner, J. |
| Moscholeas, Appeal of | 82–1467 | 9/21/83 | AFFIRMED | E.D.Pa., Weiner, J. |
| Mountainside Butter & Egg Co., In re | 82–5788 | 9/20/83 | AFFIRMED | D.N.J., Fisher, J. |
| Mount Airy Lodge, Inc. v. Upjohn Co. | 82–1810 | 9/22/83 | AFFIRMED | E.D.Pa., Pollak, J. |
| Murray v. Schweiker | 83–5020 | 9/21/83 | AFFIRMED | D.N.J., Stern, J. |
| Nation/Ruskin, Inc., In re | 83–1195 | 9/21/83 | AFFIRMED | E.D.Pa., Pollak, J. |
| Nesbitt Corp., Matter of | 83–5199 | 9/27/83 | AFFIRMED | W.D.Pa., Mencer, J. |
| Nesbitt Corp. v. Powertherm, Inc. | 83–5199 | 9/27/83 | AFFIRMED | W.D.Pa., Mencer, J. |
| Nobers v. Crucible Inc. | 83–5005 | 9/21/83 | AFFIRMED | W.D.Pa., Ziegler, J. |
| Oil, Chemical And Atomic Workers International Union, AFL–CIO, Appeal of | 82–5798 | 9/23/83 | AFFIRMED | D.N.J., Fisher, J. |
| Oliver v. Heckler | 82–5673 | 9/30/83 | REMANDED | D.N.J. |
| Pennsylvania Dental Ass'n, Appeal of | 82–3413, 83–3076 | 10/25/83 | AFFIRMED | M.D.Pa., 574 F.Supp. 457, Caldwell, J. |
| Pennsylvania Dental Ass'n (P.D.A.), Appeal of | 82–3413, 83–3076 | 10/25/83 | AFFIRMED | M.D.Pa., 574 F.Supp. 457, Caldwell, J. |
| Pennsylvania Dental Ass'n v. Com. of Pa. | 82–3413, 83–3076 | 10/25/83 | AFFIRMED | M.D.Pa., 574 F.Supp. 457, Caldwell, J. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Pennsylvania Dental Ass'n v. Medical Service Ass'n of Pennsylvania ............. | 82–3413, 83–3076 | 10/25/83 | AFFIRMED | M.D.Pa., 574 F.Supp. 457, Caldwell, J. |
| Perry v. Howard ............. | 83–5057 | 9/27/83 | AFFIRMED | W.D.Pa., Diamond, J. |
| Port Norris Exp. Co., Inc. v. I.C.C. ................... | 83–3028 | 9/30/83 | PETITION FOR REVIEW DENIED | I.C.C. |
| Port Norris Exp. Co., Inc. v. I.C.C. ................... | 83–3064 | 10/25/83 | PETITION FOR REVIEW DENIED | I.C.C. |
| Powertherm, Inc., Appeal of ... | 83–5199 | 9/27/83 | AFFIRMED | W.D.Pa., Mencer, J. |
| Powertherm, Inc. v. International Tel. and Tel. Corp. ................... | 83–5199 | 9/27/83 | AFFIRMED | W.D.Pa., Mencer, J. |
| Ricciardi v. Harris ........... | 83–5014 | 9/23/83 | AFFIRMED | D.N.J., Ackerman, J. |
| Rodziewicz v. Depaolis ........ | 82–5776 | 9/2/83 | AFFIRMED | D.N.J., Thompson, J. |
| Rother v. Interstate Marine Transport Co. .............. | 83–1018 | 9/30/83 | AFFIRMED | E.D.Pa., Shapiro, J. |
| Ruttkowski v. Loeb Rhoades, Hornblower & Co. .......... | 82–5564 | 9/20/83 | AFFIRMED | D.N.J., Sarokin, J. |
| Safeguard Business Systems, Inc. v. Aangs Co., Inc. ....... | 83–1158 | 9/21/83 | AFFIRMED | E.D.Pa., Lord, J. |
| Sahara-Reno Corp. v. N.L.R.B. | 82–3381 | 9/15/83 | ORDER ENFORCED | N.L.R.B. |
| Santamaria v. U.S.I.N.S. ....... | 83–3092 | 9/30/83 | PETITION FOR REVIEW DENIED | B.I.A. |
| Schiavone v. Schweiker ....... | 83–1105 | 9/14/83 | AFFIRMED | E.D.Pa., Mac Troutman, J. |
| Schwartz & Sachs, P.C., Appeal of ...................... | 83–1195 | 9/21/83 | AFFIRMED | E.D.Pa., Pollak, J. |
| Scranton Lackawanna Indus. Bldg. Co. v. Guerdon Industries, Inc. ............. | 83–3130 | 9/30/83 | AFFIRMED | M.D.Pa., Conaboy, J. |
| Shishko, Appeal of .......... | 83–1058, 83–1154, 83–1155 | 9/21/83 | AFFIRMED | E.D.Pa., 553 F.Supp. 308, Lord, J. |
| Shishko v. State Farm Ins. Co. | 83–1058, 83–1154, 83–1155 | 9/21/83 | AFFIRMED | E.D.Pa., 553 F.Supp. 308, Lord, J. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Stanley v. Williams | 83–1078 | 9/19/83 | AFFIRMED | E.D.Pa., Fullam, J. |
| Toshiba America, Inc. v. Copy-Data Systems, Inc. | 83–5050 | 9/15/83 | AFFIRMED | D.N.J., Fisher, J. |
| Troy Towers Tenants Ass'n v. Botti | 83–5015, 83–5051 | 9/27/83 | AFFIRMED | D.N.J., 542 F.Supp. 853, 94 F.R.D. 37, Fisher, J. |
| U.S. v. Beckett | 83–1131 | 9/30/83 | AFFIRMED | E.D.Pa., McGlynn, J. |
| U.S. v. Bigge | 83–5189 | 9/27/83 | AFFIRMED | W.D.Pa., Cohill, J. |
| U.S. v. Botti | 83–5081 | 9/22/83 | AFFIRMED | D.N.J., Meanor, J. |
| U.S. v. Cicconi | 83–1088 | 9/20/83 | AFFIRMED | E.D.Pa., McGlynn, J. |
| U.S. v. Clark | 83–5379 | 9/2/83 | AFFIRMED | W.D.Pa., Cohill, J. |
| U.S. v. Connelly | 83–5198 | 9/27/83 | AFFIRMED | W.D.Pa., Mencer, J. |
| U.S. v. D'Agostino | 83–5029 | 9/27/83 | AFFIRMED | D.N.J., Meanor, J. |
| U.S. v. Del Toro | 82–5680 | 9/20/83 | AFFIRMED | D.N.J., Debevoise, J. |
| U.S. v. Duarte | 82–5786 | 9/23/83 | AFFIRMED | D.N.J., Debevoise, J. |
| U.S. v. Estopinan | 83–5023 | 9/20/83 | AFFIRMED | D.N.J., Debevoise, J. |
| U.S. v. Felder | 83–1142 | 9/30/83 | AFFIRMED | E.D.Pa., 572 F.Supp. 17, Hannum, J. |
| U.S. v. Hernandez | 83–5111 | 9/21/83 | AFFIRMED | D.N.J., Debevoise, J. |
| U.S. v. Jones | 83–1007 | 9/30/83 | AFFIRMED | E.D.Pa., Huyett, J. |
| U.S. v. Jones | 83–3060 | 9/15/83 | AFFIRMED | M.D.Pa., Nealon, J. |
| U.S. v. Jones Truck Sales | 83–1123 | 9/30/83 | APPEAL DISMISSED | E.D.Pa. |
| U.S. v. Katsiotis | 82–1468 | 9/21/83 | AFFIRMED | E.D.Pa., Weiner, J. |
| U.S. v. King | 83–1126 | 9/20/83 | AFFIRMED | E.D.Pa., Fullam, J. |
| U.S. v. Kupets | 82–5690 | 9/23/83 | AFFIRMED | D.N.J., Fisher, J. |
| U.S. v. Lester | 82–1400 | 9/21/83 | AFFIRMED | E.D.Pa., Ditter, J. |
| U.S. v. Lit | 82–5720 | 9/13/83 | AFFIRMED | D.N.J., Brotman, J. |
| U.S. v. McGoy | 83–3058 | 9/15/83 | AFFIRMED | M.D.Pa., Nealon, J. |
| U.S. v. McQuilkin | 83–1180 | 9/20/83 | AFFIRMED | E.D.Pa., Bechtle, J. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| U.S. v. Mazzara | 82–5746, 83–5034 | 9/23/83 | AFFIRMED | D.N.J., 530 F.Supp. 1380, Sarokin, J. |
| U.S. v. Moore | 83–3086 | 9/15/83 | AFFIRMED | M.D.Pa., Nealon, J. |
| U.S. v. Moschas | 82–1466 | 9/21/83 | AFFIRMED | E.D.Pa., Weiner, J. |
| U.S. v. Moscholeas | 82–1467 | 9/21/83 | AFFIRMED | E.D.Pa., Weiner, J. |
| U.S. v. Norwood | 82–1790 | 9/21/83 | AFFIRMED | E.D.Pa., Newcomer, J. |
| U.S. v. Pyle | 83–1179 | 9/20/83 | AFFIRMED | E.D.Pa., 518 F.Supp. 139, Bechtle, J. |
| U.S. v. Renda | 83–3172 | 9/27/83 | AFFIRMED | M.D.Pa., Caldwell, J. |
| U.S. v. Russo | 82–5718 | 9/30/83 | AFFIRMED | D.N.J., 550 F.Supp. 1315, Sarokin, J. |
| U.S. v. Smith | 83–5516 | 9/9/83 | AFFIRMED | D.N.J., Ackerman, J. |
| U.S. v. Sordo | 83–5110 | 9/21/83 | AFFIRMED | D.N.J., Debevoise, J. |
| U.S. v. Stewart | 82–3485 | 9/21/83 | AFFIRMED | M.D.Pa., Caldwell, J. |
| U.S. v. Whalin | 83–1181 | 9/20/83 | AFFIRMED | E.D.Pa., Bechtle, J. |
| U.S. v. Williams | 82–1517 | 9/15/83 | AFFIRMED | E.D.Pa., Green, J. |
| U.S. v. Williams | 83–1100 | 9/15/83 | AFFIRMED | E.D.Pa., Hannum, J. |
| U.S. Steel Corp. v. Payne | 83–3043 | 9/21/83 | PETITION FOR REVIEW DENIED | Ben.Rev.Bd. |
| Velardo v. Com. of Pa. | 82–3577, 82–3591 | 9/30/83 | AFFIRMED | M.D.Pa., Muir, J. |
| Wegel v. Superior CATV Installers, Inc. | 82–5807 | 9/19/83 | AFFIRMED | D.N.J., Cohen, J. |
| Williams, Appeal of | 82–1517 | 9/15/83 | AFFIRMED | E.D.Pa., Green, J. |
| Williams, Appeal of | 83–1100 | 9/15/83 | AFFIRMED | E.D.Pa., Hannum, J. |
| Wilson, Appeal of | 82–1760 | 9/30/83 | AFFIRMED | E.D.Pa., 541 F.Supp. 818, Pollak, J. |
| Wilson v. Patton | 82–1760 | 9/30/83 | AFFIRMED | E.D.Pa., 541 F.Supp. 818, Pollak, J. |
| Zenith Laboratories, Inc., Appeal of | 82–5828, 83–5006 | 9/29/83 | AFFIRMED | D.N.J., 572 F.Supp. 278, Biunno, J. |

# UNITED STATES COURT OF APPEALS

## Fourth Circuit

---

## DECISIONS WITHOUT PUBLISHED OPINIONS

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Anderson v. Morris | 81–6842 | 10/19/83 | AFFIRMED | E.D.Va. |
| Atherton v. Circuit Court of Loudoun County | 82–1075 | 11/10/83 | AFFIRMED | E.D.Va. |
| Benford v. Gardner | 83–1807 | 11/17/83 | DISMISSED | D.Md. |
| Birchfield v. Forester | 82–6790 | 11/18/83 | AFFIRMED | W.D.N.C. |
| Boone v. McMillian | 83–6413 | 11/4/83 | AFFIRMED | E.D.N.C. |
| Bristow v. General Elec. Co. | 81–1457 | 10/11/83 | AFFIRMED | D.S.C. |
| Broughton v. Boxley | 83–1515 | 10/18/83 | AFFIRMED | E.D.N.C. |
| Brower v. Easy Livin' Homes, Inc. | 83–1126 | 10/20/83 | REMANDED | W.D.Va. |
| Bryson v. Macfield Texturing, Inc. | 82–1955 | 11/18/83 | AFFIRMED | M.D.N.C. |
| Butcher v. Brown | 82–2157 | 10/19/83 | REVERSED AND REMANDED | D.S.C. |
| Carroll v. Virginia Dept. of Corrections | 83–6262 | 11/4/83 | AFFIRMED | E.D.Va. |
| Carter v. Fair | 81–1842 | 11/8/83 | AFFIRMED | W.D.Va. |
| Chandler v. Schweiker | 82–1950 | 10/20/83 | REVERSED | W.D.Va. |
| Cherry v. Procunier | 83–6430 | 10/18/83 | AFFIRMED | E.D.Va. |
| Clark v. Schmidt | 83–6253 | 10/14/83 | AFFIRMED | D.Md. |
| Cobb v. Norfolk and Western Railway Co. | 83–1077 | 11/8/83 | AFFIRMED | S.D.W.Va. |
| Dostert v. Neely | 82–1743 | 11/18/83 | DISMISSED | S.D.W.Va., 537 F.Supp. 912 |
| Drake v. Dale | 83–8033 | 11/4/83 | CPC DENIED–DIS-MISSED | S.D.W.Va. |
| Dumas v. Garrison | 83–8078 | 11/18/83 | CPC DENIED–DIS-MISSED | E.D.N.C. |
| Edwards v. Mitchell | 83–6467 | 10/21/83 | AFFIRMED | E.D.Va. |
| Feller v. U.S. | 83–1378 | 11/8/83 | AFFIRMED | N.D.W.Va., 543 F.Supp. 1064 |
| Ferdinando v. Lefevre | 82–8222 | 11/18/83 | CPC DENIED–DIS-MISSED | E.D.N.C. |
| Gaeta v. Union Home Loan Corp. | 83–1178 | 11/17/83 | AFFIRMED | E.D.Va. |
| Gibbs v. Antioch University | 81–2156 | 11/1/83 | DISMISSED | D.Md. |
| Gibson v. Bordenkircher | 83–8186 | 11/10/83 | CPC DENIED–DIS-MISSED | S.D.W.Va. |
| Greene v. Carlson | 83–6073 | 10/18/83 | AFFIRMED | E.D.Va. |
| Holley v. Schweiker | 82–1029 | 11/17/83 | VACATED AND REMANDED | W.D.Va. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Hood v. U.S. Parole Com'n | 82–6269 | 11/10/83 | AFFIRMED | E.D.Va. |
| Horton v. Bordenkircher | 83–8106 | 10/17/83 | CPC DENIED–DISMISSED | N.D.W.Va. |
| Howell v. Appling | 83–1691 | 11/10/83 | DISMISSED | D.Md. |
| Istituto Mobiliare Italiano v. Nereide Societa di Navigazione Per Azioni | 83–1605 | 9/14/83 | DISMISSED | E.D.Va. |
| Johnson v. State of North Carolina | 83–8162 | 11/17/83 | CPC DENIED–DISMISSED | W.D.N.C. |
| Jones v. Com. of Va. | 83–6225 | 11/3/83 | AFFIRMED | E.D.Va. |
| Karnes v. Garraghty | 83–8099 | 11/15/83 | CPC DENIED–DISMISSED | E.D.Va. |
| Large v. Bucyrus-Erie Co. | 82–1383 | 10/12/83 | AFFIRMED | E.D.Va. |
| Lee v. Com. of Virginia | 82–6519 | 10/14/83 | DISMISSED | E.D.Va. |
| McLaughlin v. Warden, Maryland House of Correction | 83–8120 | 11/15/83 | CPC DENIED–DISMISSED | D.Md. |
| Mauldin v. Leeke | 83–8108 | 10/20/83 | CPC DENIED–DISMISSED | D.S.C. |
| Mills v. Dorsey | 83–6470 | 10/18/83 | REMANDED | N.D.W.Va. |
| Mitchell v. Dudley | 83–6494 | 11/15/83 | AFFIRMED | E.D.N.C. |
| Mitchell v. Hutto | 83–8050 | 11/18/83 | CPC DENIED–DISMISSED | E.D.Va. |
| Mitchell v. Morris | 82–6693 | 10/21/83 | DISMISSED | E.D.Va. |
| Moore v. Wells | 83–6360 | 11/15/83 | AFFIRMED | E.D.Va. |
| Moore v. Willis | 83–6513 | 11/18/83 | IFP DENIED–DISMISSED | E.D.Va. |
| Moore, Co. Inc. v. N.L.R.B. | 82–1928 | 11/14/83 | ENFORCEMENT DENIED | N.L.R.B. |
| Murphy v. State of North Carolina | 83–8023 | 11/9/83 | CPC DENIED–DISMISSED | W.D.N.C. |
| Nelson v. Members of the South Carolina Probation, Parole and Pardon Bd. | 83–6187 | 11/15/83 | AFFIRMED | D.S.C. |
| Perkins v. TV WBAL | 83–1690 | 11/2/83 | AFFIRMED | D.Md. |
| Porter v. Garrison | 83–6141 | 10/18/83 | AFFIRMED | E.D.N.C. |
| Remis v. Ross | 83–6348 | 10/18/83 | AFFIRMED | W.D.Va. |
| Rice v. Laws | 83–6285 | 10/14/83 | AFFIRMED | W.D.N.C. |
| Rocque v. Lee | 83–1468 | 10/19/83 | AFFIRMED | E.D.Va. |
| Scott v. Anderson | 83–1130 | 11/3/83 | AFFIRMED | W.D.Va. |
| Six Industries, Inc. v. Princeton Towers Associates, Ltd. | 83–1104 | 11/14/83 | AFFIRMED | S.D.W.Va. |
| Smith v. Griffin | 83–6382 | 11/15/83 | VACATED AND REMANDED | M.D.N.C. |

DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Tillman v. Atwood | 83–6386 | 11/10/83 | AFFIRMED | E.D.Va. |
| Townsend v. Stephenson | 83–8123 | 11/9/83 | CPC DENIED–DIS-MISSED | E.D.N.C. |
| U.S. v. Burch | 82–6811 | 10/19/83 | AFFIRMED | D.S.C. |
| U.S. v. Byron | 83–5058 | 10/20/83 | AFFIRMED | E.D.Va. |
| U.S. v. Caron | 83–5056 | 11/10/83 | AFFIRMED | E.D.Va., 551 F.Supp. 662 |
| U.S. v. Chinchello | 83–6398 | 10/17/83 | AFFIRMED | E.D.Va. |
| U.S. v. Elliott | 83–1309 | 11/8/83 | AFFIRMED | M.D.N.C. |
| U.S. v. Michener | 83–6158 | 11/15/83 | AFFIRMED | D.Md. |
| U.S. v. Nimmons | 83–5048 | 10/20/83 | AFFIRMED | E.D.Va. |
| U.S. v. Nixon | 82–6417 | 10/14/83 | AFFIRMED | N.D.W.Va. |
| U.S. v. One 1978 Lincoln, Four-Door Sedan, Vehicle Identification Number F8Y82A836513F, Its Tools and Appurtenances | 83–1309 | 11/8/83 | AFFIRMED | M.D.N.C. |
| U.S. v. Russell | 83–5059 | 10/20/83 | AFFIRMED | E.D.Va. |
| U.S. v. Sowemimo | 82–5348 | 10/21/83 | AFFIRMED | E.D.Va. |
| U.S. v. Stapf | 83–5004 | 11/10/83 | AFFIRMED | D.Md. |
| U.S. v. Stevenson | 83–5005 | 11/10/83 | AFFIRMED | D.Md. |
| U.S. v. Stewart | 82–5170 | 11/14/83 | AFFIRMED | D.S.C. |
| U.S. v. 30.60 acres of land, more or less situate in Brunswick County | 82–1648 | 10/20/83 | AFFIRMED | E.D.N.C. |
| U.S. v. Thompson | 83–5049 | 10/20/83 | AFFIRMED | E.D.Va. |
| Watkins v. Garrison | 83–6336 | 10/26/83 | VACATED & REMANDED | E.D.N.C. |
| White v. Broughton | 83–6183 | 11/4/83 | AFFIRMED | E.D.N.C. |
| Wilder v. Allsbrook | 83–8177 | 11/18/83 | CPC DENIED–DIS-MISSED | E.D.N.C. |
| Williams v. United Motors, Inc. | 82–1735, 82–1780 | 11/14/83 | AFFIRMED | D.S.C. |
| Williams v. Wagoner | 83–6385 | 10/21/83 | AFFIRMED | E.D.Va. |
| Winkley v. Galley | 83–6462 | 10/18/83 | AFFIRMED | D.Md. |

# UNITED STATES COURT OF APPEALS

## SIXTH CIRCUIT

---

### DECISIONS WITHOUT PUBLISHED OPINIONS

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Anderson v. Sears, Roebuck & Co. | 81–3577 | 10/3/83 | AFFIRMED | N.D.Ky. |
| Associates Commercial Corp. v. Underwriter at Lloyds of London | 82–5545, 82–5546 | 10/28/83 | AFFIRMED | E.D.Tenn. |
| Averill v. Leech | 83–1159 | 10/10/83 | APPEAL DISMISSED | E.D.Mich. |
| Bower v. Schweiker | 83–3006 | 10/28/83 | APPEAL DISMISSED | N.D.Ohio |
| Bowers v. Secretary of Health and Human Services | 82–1731 | 10/5/83 | AFFIRMED | E.D.Mich. |
| Bradley v. Young | 83–5294 | 10/4/83 | VACATED AND REMANDED | W.D.Tenn. |
| Broome v. American Nat. Bank and Trust Co. of Chattanooga | 82–5444 | 10/3/83 | AFFIRMED | E.D.Tenn. |
| Carpenter v. Lothshuetz | 83–3320 | 10/13/83 | APPEAL DISMISSED | N.D.Ohio |
| Cincinnati Bell Inc. v. F.C.C. | 81–3723 | 10/28/83 | PETITION FOR REVIEW DISMISSED | F.C.C. |
| Cox v. Indiana & Michigan Elec. Co. | 82–3643 | 10/28/83 | AFFIRMED | S.D.Ohio |
| Cromley v. Copperweld Specialty Steel Co. | 83–3323 | 10/13/83 | APPEAL DISMISSED | N.D.Ohio |
| Cunningham v. Foltz | 83–1312 | 10/13/83 | AFFIRMED | E.D.Mich. |
| E.E.O.C. v. Comprehensive Health Planning Council of Southeastern Michigan | 82–1368 | 10/12/83 | AFFIRMED IN PART; REVERSED IN PART AND REMANDED | E.D.Mich. |
| Ethington v. Secretary of Health and Human Services | 83–1551 | 10/28/83 | APPEAL DISMISSED | W.D.Mich. |
| Fann v. Davis | 82–5655 | 10/31/83 | AFFIRMED | E.D.Tenn. |
| Fisher v. Liberty Loan Corp. | 81–3391 | 10/7/83 | REVERSED AND VACATED | N.D.Ohio, 11 B.R. 716 |
| Francis v. U.S. | 83–5261 | 10/14/83 | AFFIRMED | W.D.Ky. |
| Frazier v. Davis | 82–5688 | 10/27/83 | AFFIRMED | E.D.Tenn. |
| Gargallo v. Franklin County Court of Common Pleas, Div. of Domestic Relations | 82–3453 | 10/20/83 | AFFIRMED | S.D.Ohio |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Gargallo v. Merrill Lynch, Pierce, Fenner, and Smith, Inc. | 82–3345 | 10/7/83 | APPEAL DISMISSED | S.D.Ohio |
| Garland v. Rose | 82–5680 | 10/27/83 | AFFIRMED | M.D.Tenn. |
| Gates v. U.S. | 83–3150 | 10/10/83 | AFFIRMED | S.D.Ohio |
| Gray v. Office of Public Defender of Shelby County | 81–5910 | 10/28/83 | VACATED AND REMANDED | W.D.Tenn. |
| Greer v. Secretary of Health and Human Services | 82–1461 | 10/10/83 | AFFIRMED | E.D.Mich. |
| Hadley v. Koehler | 83–1410 | 10/17/83 | AFFIRMED | W.D.Mich. |
| Hadley v. Marinello | 82–1718 | 10/10/83 | AFFIRMED | E.D.Mich. |
| Hampton v. McFaul | 83–3343 | 10/20/83 | AFFIRMED | N.D.Ohio |
| Hatzer v. Schweiker | 82–3734 | 10/28/83 | AFFIRMED | S.D.Ohio |
| Hayes v. Secretary of Health and Human Services | 82–1695 | 10/28/83 | AFFIRMED | E.D.Mich. |
| Indiana & Michigan Elec. Co. v. Tickle | 82–3643 | 10/28/83 | AFFIRMED | S.D.Ohio |
| Jarnigan v. Teamsters Local Union No. 519 | 82–5486 | 10/11/83 | AFFIRMED | E.D.Tenn., 548 F.Supp. 25 |
| Jensen v. Secretary of Health and Human Services | 82–1809 | 10/18/83 | AFFIRMED | W.D.Mich. |
| Johnson v. Sangore | 82–5730 | 10/31/83 | VACATED AND REMANDED | E.D.Tenn. |
| Johnston v. Dowling | 83–1526 | 10/12/83 | APPEAL DISMISSED | E.D.Mich. |
| Jones by Jones v. Thompson | 83–1266 | 10/12/83 | APPEAL DISMISSED | E.D.Mich. |
| Koonce v. Fun Dimensions | 82–3798 | 10/7/83 | APPEAL DISMISSED | N.D.Ohio |
| Lee v. Stout | 82–5400, 82–5401 | 10/31/83 | AFFIRMED | E.D.Tenn. |
| Levy v. Department of Justice, I.N.S. | 82–3408 | 10/31/83 | AFFIRMED | M.S.P.B. |
| Lindsey v. Jago | 83–3245 | 10/10/83 | AFFIRMED | N.D.Ohio |
| Lindsey v. Kent County Jail | 83–1323 | 10/12/83 | APPEAL DISMISSED | W.D.Mich. |
| McClendon v. Brunswick | 83–3308 | 10/28/83 | APPEAL DISMISSED | S.D.Ohio |
| McClendon v. Niemeyer | 83–3141 | 10/20/83 | AFFIRMED | N.D.Ohio |
| McDonald v. Humphries | 83–5225 | 10/17/83 | AFFIRMED | M.D.Tenn. |
| Marks v. Rees | 83–5377 | 10/5/83 | APPEAL DISMISSED | E.D.Ky. |
| Martin v. U.S. Postal Service | 82–1444 | 10/31/83 | AFFIRMED | E.D.Mich. |
| Mattingly v. Director, Office of Worker's Compensation Programs | 83–3172 | 10/7/83 | DISMISSED | Ben.Rev.Bd. |
| Mercer v. Secretary of Health and Human Services | 82–1679 | 10/28/83 | AFFIRMED | E.D.Mich. |
| Mills v. Secretary of Health and Human Services | 82–5651 | 10/31/83 | REVERSED | E.D.Ky. |
| Myers v. Matthews | 82–5738 | 10/5/83 | AFFIRMED | E.D.Ky. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Nickerson v. Loha | 83–3344 | 10/5/83 | AFFIRMED | S.D.Ohio |
| Northcross v. Board of Educ. of Memphis City Schools | 82–5302 | 10/3/83 | AFFIRMED | W.D.Tenn. |
| North River Ins. Co. v. Federal's, Inc. | 82–1920 | 10/24/83 | AFFIRMED | E.D.Mich. |
| Oatley v. Sheeter | 82–3439 | 10/11/83 | AFFIRMED | S.D.Ohio |
| O'Brien v. U.S. | 83–1280 | 10/18/83 | AFFIRMED | E.D.Mich. |
| O'Connor v. Prins | 83–1177 | 10/17/83 | APPEAL DISMISSED | E.D.Ky. |
| Post-Newsweek Stations, Michigan, Inc., In re | 83–1694 | 10/14/83 | MANDAMUS DENIED | |
| Pruitt v. Hupp | 82–5523 | 10/17/83 | AFFIRMED | W.D.Ky. |
| Rebracca v. Secretary of Health, Educ. and Welfare | 80–3442 | 10/25/83 | REMANDED | N.D.Ohio |
| Robertson v. Jeffboat, Inc. | 80–3136 | 10/25/83 | JUDGMENT REINSTATED | W.D.Ky., 651 F.2d 434 |
| Rosenberg v. Director, U.S. Parole Com'n | 83–5177 | 10/4/83 | AFFIRMED | E.D.Ky. |
| Sanders v. Metropolitan Life Ins. Co. | 82–5508 | 10/3/83 | AFFIRMED | W.D.Ky. |
| Scott v. Secretary of Health and Human Services | 82–1844 | 10/12/83 | AFFIRMED | E.D.Mich. |
| Smith v. Krupansky | 82–3368 | 10/14/83 | AFFIRMED | N.D.Ohio |
| Smith v. Shriver | 83–5069 | 10/7/83 | AFFIRMED | M.D.Tenn. |
| Smith v. Wilson | 83–5362 | 10/10/83 | AFFIRMED | W.D.Ky. |
| Smith v. Wolfe | 83–3501 | 10/13/83 | APPEAL DISMISSED | M.D.Tenn. |
| Spencer, In re | 83–8052 | 10/12/83 | PROHIBITION DENIED | E.D.Mich. |
| Spencer v. Johnson | 83–1229 | 10/12/83 | APPEAL DISMISSED | W.D.Mich. |
| Spencer v. O'Brien | 83–1275 | 10/12/83 | APPEAL DISMISSED | E.D.Mich. |
| Spiers v. U.S. | 83–5364 | 10/27/83 | AFFIRMED | M.D.Tenn. |
| Sproat v. Lezak | 82–3388, 82–3447 | 10/25/83 | AFFIRMED | S.D.Ohio |
| Stahl v. Shoemaker | 83–3046 | 10/12/83 | AFFIRMED | N.D.Ohio |
| Stewart v. Connor | 83–3298 | 10/5/83 | AFFIRMED | E.D.Ohio |
| Stratford v. State-House, Inc. | 82–5519 | 10/27/83 | AFFIRMED | E.D.Mich. |
| Szymanski v. Buchin | 83–1335 | 10/10/83 | VACATED AND REMANDED | E.D.Mich. |
| Thorp Discount Inc. of Ohio v. Dulaney | 81–3391 | 10/7/83 | REVERSED AND VACATED | N.D.Ohio, 11 B.R. 716 |
| Turner v. Schweiker | 82–3694 | 10/31/83 | AFFIRMED | S.D.Ohio |
| U.S. v. Beach | 82–5698 | 10/27/83 | AFFIRMED | W.D.Tenn. |
| U.S. v. Bruton | 82–1978 | 10/3/83 | AFFIRMED | E.D.Mich. |
| U.S. v. Curry | 83–5151 | 10/27/83 | AFFIRMED | E.D.Ky. |
| U.S. v. Durfee | 83–1224, 83–1433 | 10/12/83 | APPEAL DISMISSED | W.D.Mich. |
| U.S. v. Hall | 83–5178 | 10/31/83 | AFFIRMED | E.D.Ky. |
| U.S. v. Hardy | 83–1124 | 10/19/83 | AFFIRMED | W.D.Mich. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| U.S. v. Hines | 81–1619 | 10/4/83 | AFFIRMED | E.D.Mich., 546 F.Supp. 611 |
| U.S. v. Maxin | 82–3540 | 10/20/83 | AFFIRMED | N.D.Ohio |
| U.S. v. Mitchell | 83–1026 | 10/28/83 | AFFIRMED | E.D.Mich. |
| U.S. v. Oxford Sav. Bank | 83–1193 | 10/28/83 | DISMISSED AND REMANDED | E.D.Mich. |
| U.S. v. Pinciaro | 82–3812 | 10/7/83 | AFFIRMED | S.D.Ohio |
| U.S. v. Sowards | 83–5122 | 10/3/83 | AFFIRMED | E.D.Ky. |
| U.S. v. Teague | 82–1535, 82–1536, 82–1599 | 10/28/83 | AFFIRMED | E.D.Mich. |
| U.S. Fidelity and Trust Co. v. Safeco Ins. Co. | 82–5264 | 10/31/83 | AFFIRMED | E.D.Tenn. |
| U.S. Steel Corp., Polyester Unit—U.S.S. Chemicals Div. v. Raymond Chemical Co. | 83–3404 | 10/28/83 | DISMISSED | W.D.Ohio |
| Walker v. Ohio Bureau of Employment Services | 83–3412 | 10/13/83 | APPEAL DISMISSED | N.D.Ohio |
| Webster v. Rees | 83–5241 | 10/31/83 | AFFIRMED | W.D.Ky. |
| Wilson v. Doe | 83–3241 | 10/13/83 | AFFIRMED | S.D.Ohio |
| Wilson v. Shoemaker | 83–3475 | 10/13/83 | AFFIRMED | S.D.Ohio |
| Wilson v. Tate | 83–3397 | 10/10/83 | AFFIRMED | S.D.Ohio |
| Wooten by Wooten v. U.S. | 82–5537 | 10/31/83 | AFFIRMED | W.D.Tenn., 574 F.Supp. 200 |
| Yates v. Rodak | 83–5353 | 10/12/83 | AFFIRMED | E.D.Ky. |
| Yates v. U.S. | 82–5308 | 10/31/83 | AFFIRMED | E.D.Ky. |

# UNITED STATES COURT OF APPEALS

## Ninth Circuit

## DECISIONS WITHOUT PUBLISHED OPINIONS

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Agosto v. State of Nevada | 79–3621 | 11/14/83 | DISMISSED AND REMANDED | D.Nev. |
| Air Line Pilots Ass'n, Intern. v. Western Air Lines, Inc. | 80–4043 | 7/15/83 | AFFIRMED | N.D.Cal. |
| Alexander v. Los Angeles County | 82–6026 | 11/3/83 | AFFIRMED | C.D.Cal. |
| Alldrin v. Leasco Capital Equipment Corp. | 81–4516, 81–4517, 81–4518, 81–4519, 81–4552, 81–4600 | 10/31/83 | AFFIRMED | N.D.Cal. |
| Alldrin v. Security Pacific Nat. Bank | 81–4515, 81–4516, 81–4517, 81–4518, 81–4519, 81–4552, 81–4600 | 10/31/83 | AFFIRMED | N.D.Cal. |
| Alldrin v. Temp | 81–4515, 81–4516, 81–4517, 81–4518, 81–4519, 81–4552, 81–4600 | 10/31/83 | AFFIRMED | N.D.Cal. |
| American Television Syndication, Inc. v. 515157 Ontario, Ltd. | 83–5794 | 11/21/83 | AFFIRMED | C.D.Cal. |
| Ash v. Orbit Valve Co. | 82–3426 | 10/18/83 | AFFIRMED | E.D.Wash. |
| Austin v. City of Sparks | 83–1562 | 11/14/83 | AFFIRMED | D.Nev. |
| Bachtel v. Mammoth Bulk Carriers, Ltd. | 82–3259 | 10/24/83 | REVERSED | W.D.Wash. |
| Barnard Industries, Inc. v. Morris | 82–3623 | 10/24/83 | REVERSED AND REMANDED | D.Or. |
| Bhakta v. I.N.S. | 83–7116 | 11/14/83 | AFFIRMED | B.I.A. |
| Borja v. I.N.S. | 83–7148 | 11/21/83 | AFFIRMED | B.I.A. |
| Chilson v. Bunker Hill Co. | 82–3650 | 11/7/83 | REVERSED AND REMANDED | D.Idaho |
| Cochran v. Gorsuch | 82–7372 | 10/26/83 | PETITION FOR REVIEW DISMISSED; WRIT DENIED | E.P.A. |

DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Cochrane v. Three Sisters Ranch Enterprises | 82–4066 | 11/4/83 | AFFIRMED | N.D.Cal. |
| Conde-Cruz v. I.N.S. | 82–7619 | 10/24/83 | AFFIRMED | B.I.A. |
| DNJ, Inc. v. Jarvis | 83–1666 | 11/14/83 | AFFIRMED | Bkrtcy.App. 9 |
| E.E.O.C. v. Stater Bros. Markets | 82–5507 | 10/20/83 | AFFIRMED | C.D.Cal. |
| Eric Ross & Co., Inc., In re | 83–5635 | 11/7/83 | AFFIRMED | Bkrtcy.App. 9 |
| Eric Ross & Co., Inc. v. Klein | 83–5635 | 11/7/83 | AFFIRMED | Bkrtcy.App. 9 |
| Featherstone v. Insurance Co. of North America | 83–1687 | 11/7/83 | REVERSED AND REMANDED | N.D.Cal. |
| Fort v. Henry | 82–3630 | 11/18/83 | AFFIRMED | E.D.Wash. |
| General Monitors, Inc. v. Mine Safety Appliances Co. | 81–5687 | 11/4/83 | AFFIRMED | C.D.Cal. |
| Gift Creations, Inc. v. Pinnacle Designs | 82–6110 | 11/14/83 | AFFIRMED | C.D.Cal. |
| Great Pacific Shipping Co., In re Complaint of | 82–4602 | 10/19/83 | AFFIRMED | N.D.Cal. |
| Guam Economic Development Authority v. Mailloux | 83–1814, 83–1763 | 11/17/83 | AFFIRMED | D.Guam |
| Guam Economic Development Authority v. Spero | 83–1814, 83–1763 | 11/17/83 | AFFIRMED | D.Guam |
| Harris v. Lezak | 82–3566 | 11/25/83 | AFFIRMED | D.Or. |
| Haygood v. Deukmejian | 81–4312 | 10/24/83 | AFFIRMED | E.D.Cal. |
| Hickman v. Goodwill Industries of Orange County | 81–5488 | 10/27/83 | AFFIRMED | S.D.Cal. |
| Hock v. Gella | 82–4618 | 11/23/83 | AFFIRMED | D.Hawaii |
| Huerta-Rico v. I.N.S. | 82–7430 | 10/27/83 | REVERSED AND REMANDED | B.I.A. |
| Hunt v. Commission of Internal Revenue | 82–7641 | 11/10/83 | AFFIRMED | U.S.T.C. |
| Intermountain Block and Pipe Corp. v. U.S. Dept. of Interior | 82–3223 | 10/26/83 | AFFIRMED IN PART AND REMANDED IN PART | D.Idaho |
| Jarvis v. Desert Sun Hotel, Inc. | 83–666 | 11/14/83 | AFFIRMED | Bkrtcy.App. 9 |
| Jones v. U.S. Postal Systems | 82–7355 | 10/14/83 | REMANDED | M.S.P.B. |
| Jung Hyun Sook v. Great Pacific Shipping Co. | 82–4602 | 10/19/83 | AFFIRMED | N.D.Cal. |
| Landmark Ins. Co. v. Air Florida | 82–6096 | 11/14/83 | AFFIRMED | C.D.Cal. |
| LeBrun v. Sheppard | 80–3261 | 11/16/83 | AFFIRMED | D.Or. |
| Liska v. Arizona Dept. of Corrections | 83–1809 | 11/10/83 | REVERSED | D.Ariz. |
| Macalinao v. I.N.S. | 83–7143 | 11/4/83 | AFFIRMED | B.I.A. |
| McRorie v. Shimoda | 81–4619, 82–4368, 82–4539, 82–4542 | 11/18/83 | REVERSED AND REMANDED | D.Hawaii |
| McRorie v. Sunn | 81–4619, 82–4368, 82–4539, 82–4542 | 11/18/83 | REVERSED AND REMANDED | D.Hawaii |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Magnisea Fisheries, Inc. v. Oregon Oyster Co. | 82–6010 | 11/10/83 | VACATED AND DISMISSED | C.D.Cal. |
| Mata-Mendez v. I.N.S. | 82–7644 | 10/25/83 | AFFIRMED | B.I.A. |
| Matteson v. Cupp | 83–3575 | 11/7/83 | AFFIRMED | D.Or. |
| Melbostad v. Security Pacific Nat. Bank | 81–4515, 81–4516, 81–4517, 81–4518, 81–4519, 81–4552, 81–4600 | 10/31/83 | AFFIRMED | N.D.Cal. |
| Meredith v. Raines | 83–1547 | 9/1/83 | AFFIRMED | D.Ariz. |
| Mills v. Rushen | 83–1544 | 11/7/83 | AFFIRMED | N.D.Cal. |
| Mister Midwife v. California Court of Appeal | 82–5733 | 11/4/83 | AFFIRMED | S.D.Cal. |
| Nathan v. Dowdle | 83–1504 | 11/7/83 | AFFIRMED | D.Ariz. |
| N.L.R.B. v. Channel Islands Development Corp. | 82–7304 | 11/14/83 | ORDER ENFORCED | N.L.R.B. |
| Navarro v. Delco Electronics | 83–5593 | 11/14/83 | AFFIRMED | C.D.Cal. |
| Neuro Affiliates v. N.L.R.B. | 82–7507, 82–7631 | 11/4/83 | ORDER ENFORCED | N.L.R.B. |
| Nichols v. Pierce | 82–4674 | 11/17/83 | AFFIRMED | N.D.Cal. |
| Otero-Mosqueda v. I.N.S. | 82–7637 | 10/17/83 | AFFIRMED | B.I.A. |
| Packerland Packing Co., Inc. v. Griffith Brokerage Co. | 82–5885, 82–5895 | 10/31/83 | AFFIRMED IN PART; REVERSED AND REMANDED IN PART | C.D.Cal. |
| Patel v. I.N.S. | 83–7022 | 11/14/83 | REVERSED | B.I.A. |
| Potstada v. Freeman | 81–4515, 81–4516, 81–4517, 81–4518, 81–4519, 81–4552, 81–4600 | 10/31/83 | AFFIRMED | N.D.Cal. |
| Purviance v. Commercial Bank of San Francisco | 81–4515, 81–4516, 81–4517, 81–4518, 81–4519, 81–4552, 81–4600 | 10/31/83 | AFFIRMED | N.D.Cal. |
| Purviance v. Security Pacific Nat. Bank | 81–4515, 81–4516, 81–4517, 81–4518, 81–4519, 81–4552, 81–4600 | 10/31/83 | AFFIRMED | N.D.Cal. |

DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Rafatjah v. Department of Army | 82–7553 | 10/31/83 | AFFIRMED | M.S.P.B. |
| Rafner v. Filippazzo | 83–5754 | 10/24/83 | REVERSED AND REMANDED | C.D.Cal. |
| Razzaghi v. I.N.S. | 80–7354 | 11/2/83 | AFFIRMED | B.I.A. |
| Rendon-Villalobos v. I.N.S. | 82–7744 | 11/15/83 | PETITION FOR REVIEW DENIED | I.N.S. |
| Rodriguez v. MacDougall | 82–5986 | 10/31/83 | AFFIRMED | D.Ariz. |
| Royse v. State of Wash. | 82–3458 | 10/27/83 | AFFIRMED | E.D.Wash. |
| Safeco Ins. Co. v. Schroeck | 83–5541 | 11/14/83 | AFFIRMED | C.D.Cal. |
| Sankary v. C.I.R. | 83–7078 | 10/24/83 | AFFIRMED | U.S.T.C. |
| Santa Maria Valley Plastering, Inc. v. Bailey | 82–5993 | 11/8/83 | APPEAL DISMISSED | C.D.Cal. |
| Schnackenberg v. Champion Timberlands | 82–3234 | 11/10/83 | AFFIRMED | D.Mont. |
| Schroeder v. Schweiker | 82–5854 | 10/20/83 | AFFIRMED | C.D.Cal. |
| Scott v. Housewright | 81–5114 | 10/19/83 | VACATED AND REMANDED | D.Nev., 673 F.2d 1339 |
| S.E.C. v. Allison | 82–3305 | 10/24/83 | AFFIRMED IN PART AND REMANDED | D.Or. |
| Smith v. Confederated Tribes of Warm Springs Reservation of Oregon | 82–3433 | 11/15/83 | AFFIRMED | D.Or. |
| Stefansson v. American Telecommunications Corp. | 82–5929 | 10/27/83 | AFFIRMED | C.D.Cal. |
| Steimer v. Boise Cascade Corp. | 83–3636 | 11/16/83 | AFFIRMED | D.Or. |
| Sterling v. Farmers Home Admin. | 83–1624 | 11/4/83 | AFFIRMED | E.D.Cal. |
| Tamplin v. Drahman | 83–3512 | 11/7/83 | AFFIRMED | E.D.Wash. |
| Thomas v. Rushen | 82–5090 | 10/24/83 | AFFIRMED | C.D.Cal. |
| Thoren v. S.E.C. | 82–3253 | 11/3/83 | AFFIRMED | D.Or. |
| Todd Pacific Shipyards v. Stevens | 82–7148 | 11/9/83 | AFFIRMED | W.D.Wash. |
| Trahan v. Southern Pacific Transp. Co. | 82–5860 | 11/14/83 | AFFIRMED | C.D.Cal. |
| Union Pacific R. Co. v. Boise Cascade Corp. | 82–3620 | 11/23/83 | AFFIRMED | D.Idaho |
| U.S. v. Akhavan | 82–1665 | 11/21/83 | AFFIRMED | C.D.Cal. |
| U.S. v. Anderson | 82–1737 | 10/14/83 | AFFIRMED | C.D.Cal. |
| U.S. v. Arellano | 82–1607, 82–1666 | 11/16/83 | AFFIRMED | C.D.Cal. |
| U.S. v. Arkwright-Boston Mfrs. Mut. Ins. Co. | 82–3549 | 10/24/83 | AFFIRMED | E.D.Wash. |
| U.S. v. Azevedo | 83–5055 | 10/17/83 | AFFIRMED | C.D.Cal. |
| U.S. v. Bachrach | 81–4606 | 11/7/83 | AFFIRMED | N.D.Cal. |
| U.S. v. Baker | 82–1241, 82–1242 | 10/24/83 | AFFIRMED | C.D.Cal. |
| U.S. v. Benham | 83–1015 | 11/2/83 | AFFIRMED | E.D.Cal. |
| U.S. v. Black | 82–1554, 82–1555 | 11/14/83 | REVERSED AND REMANDED | N.D.Cal. |
| U.S. v. Black | 83–1047 | 10/20/83 | AFFIRMED | D.Nev. |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| U.S. v. Brown | 83–3042 | 11/2/83 | AFFIRMED | E.D.Wash. |
| U.S. v. Brown | 83–5101 | 11/21/83 | AFFIRMED | C.D.Cal. |
| U.S. v. Burton | 82–1391 | 10/24/83 | AFFIRMED IN PART AND REVERSED IN PART | C.D.Cal. |
| U.S. v. Chaussee | 82–1747 | 11/9/83 | VACATED AND REMANDED | D.Or. |
| U.S. v. Checknita | 83–5010 | 11/18/83 | AFFIRMED | S.D.Cal. |
| U.S. v. Cote | 82–1764 | 11/7/83 | AFFIRMED | D.Or. |
| U.S. v. Drebin | 83–5619 | 10/17/83 | AFFIRMED | C.D.Cal. |
| U.S. v. Durham-Morgan | 82–1623, 82–1628 | 10/26/83 | AFFIRMED | S.D.Cal. |
| U.S. v. Garcia-Chavez | 83–5017 | 11/3/83 | AFFIRMED | S.D.Cal. |
| U.S. v. Hagemann | 82–1649 | 10/24/83 | AFFIRMED | C.D.Cal. |
| U.S. v. Iha | 83–1060 | 11/3/83 | AFFIRMED | D.Hawaii |
| U.S. v. Jamison | 83–3044 | 11/3/83 | REVERSED | D.Or. |
| U.S. v. Jentzsch | 83–3050 | 11/15/83 | AFFIRMED | D.Or. |
| U.S. v. Jiminez | 82–1607, 82–1666 | 11/16/83 | AFFIRMED | C.D.Cal. |
| U.S. v. Leahy | 83–5071, 83–5100 | 11/14/83 | AFFIRMED | E.D.Cal. |
| U.S. v. Lennie | 83–1048 | 11/15/83 | AFFIRMED | D.Hawaii |
| U.S. v. Lillie | 83–3049 | 11/22/83 | AFFIRMED | D.Or. |
| U.S. v. Lopez | 83–1033 | 11/4/83 | AFFIRMED | D.Nev. |
| U.S. v. Molina | 83–1024 | 10/12/83 | AFFIRMED | D.Ariz. |
| U.S. v. Naranjo-Alzate | 82–1514 | 11/25/83 | REVERSED AND REMANDED | C.D.Cal. |
| U.S. v. Oberlin | 82–1623, 82–1628 | 10/26/83 | AFFIRMED | S.D.Cal. |
| U.S. v. One 1954 Rolls Royce Silver Dawn, Serial Number SNF 107, CA License 1BTL264 | 83–5573 | 11/23/83 | VACATED AND REMANDED | C.D.Cal. |
| U.S. v. Plagmann | 83–1127 | 11/4/83 | APPEAL DISMISSED; MANDAMUS DENIED | E.D.Cal. |
| U.S. v. Rubenstein | 82–1735 | 11/16/83 | AFFIRMED | C.D.Cal. |
| U.S. v. Sassounian | 82–1438 | 11/4/83 | AFFIRMED | C.D.Cal. |
| U.S. v. Smith | 83–1037 | 11/4/83 | AFFIRMED | E.D.Cal. |
| U.S. v. Trujillo | 83–5068 | 10/21/83 | AFFIRMED | C.D.Cal. |
| U.S. v. Ugarte | 83–5114 | 11/14/83 | AFFIRMED | C.D.Cal. |
| U.S. v. Valenzuela | 83–5018 | 10/24/83 | AFFIRMED | C.D.Cal., 551 F.Supp. 1118 |
| U.S. v. Vitale | 83–5066 | 10/31/83 | AFFIRMED | C.D.Cal. |
| U.S. v. Vogel | 82–1770 | 11/4/83 | AFFIRMED | N.D.Cal. |
| U.S. v. Wells | 83–3052 | 11/17/83 | AFFIRMED | W.D.Wash. |
| Vessel Astor v. Biddle | 82–4556, 82–4560, 83–2140 | 11/21/83 | AFFIRMED | D.Hawaii |

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Vicuna-Quintero v. I.N.S. | 82–7682 | 10/26/83 | AFFIRMED | I.N.S. |
| Villarreal v. Orr | 82–4186 | 10/17/83 | AFFIRMED | E.D.Cal. |
| Vizcarra v. Landon, Jr. | 81–6016 | 10/5/83 | REVERSED | C.D.Cal. |
| Ward v. General Motors Corp. | 82–4572 | 10/24/83 | AFFIRMED | N.D.Cal. |
| Wayne M. Withrow & Co. v. U.S. | 83–5616 | 10/19/83 | AFFIRMED | C.D.Cal. |
| Wilcox v. Martin | 82–3454 | 11/21/83 | AFFIRMED | W.D.Wash. |
| Williams v. Hori | 83–3564 | 11/16/83 | AFFIRMED IN PART; REVERSED AND REMANDED IN PART | W.D.Wash. |
| Willmott v. Vessel Astor | 82–4556, 82–4560, 83–2140 | 11/21/83 | AFFIRMED | D.Hawaii |
| Woods v. Beiersdorf, Inc. | 81–4683 | 10/17/83 | AFFIRMED IN PART; REVERSED AND REMANDED | N.D.Cal. |
| Woods v. C.I.R. | 81–7702 | 10/24/83 | REMANDED | U.S.T.C. |
| Woods v. Sumner | 82–4702 | 11/23/83 | AFFIRMED | N.D.Cal. |
| Wright v. City of Springfield | 83–3657 | 11/14/83 | AFFIRMED IN PART | D.Or. |